UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

TIMOTHY TOBIAS,

       Plaintiff,                         Case No.4:05-cv-51

v.                                     Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of  the Magistrate Judge, filed April 26, 2006, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reason(s) stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                  /s/Richard Alan Enslen
May 31, 2006                        Richard Alan Enslen
                                     Senior United States District Judge